IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ALICIA SHARPE-TYLER
A/K/A PAULETTE SHARPE,

     Appellant,

 v.

                                Case No.  5D21-1994
                                LT Case No. 2020-DR-3870

CLIFFORD TYLER,

     Appellee.
_____/

Decision filed May 3, 2022

Appeal from the Circuit Court
for Marion County,
R. Gregg Jerald, Judge.

Alicia Sharpe-Tyler, Orlando, pro se.

Mark J. Fraser, of Mark J. Fraser,
Attorney at Law, Gainesville, for
Appellee.


PER CURIAM.

     AFFIRMED.


LAMBERT, C.J., COHEN and HARRIS, JJ., concur.